DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
cferrannini@downeybrand.com
CAMERON P. HAYNES (Bar No. 316944)
chaynes@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for Defendant
COMFORT AIR, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER MEZA, an individual, | Case No. |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| COMFORT AIR, INC., a California corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Defendant COMFORT AIR, INC., in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, which requires any nongovernmental corporation that is a party to a proceeding to file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock, or states that there is no such corporation.  Comfort Air, Inc., hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED:  May 13, 2022                   DOWNEY BRAND LLP


                                       By:  ___/s/ Cassandra M. Ferrannini___
                                            CASSANDRA M. FERRANNINI
                                            Attorneys for Defendant COMFORT AIR, INC.

1807816v1