DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
cferrannini@downeybrand.com
CAMERON P. HAYNES (Bar No. 316944)
chaynes@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100

Attorneys for Defendant
COMFORT AIR, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MEZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COMFORT AIR, INC., a California corporation; and DOES  1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-CV-00813-KJM-DB<br><br>**JOINT STIPULATION OF DISMISSAL AND TO REMAND ACTION TO STATE COURT; [PROPOSED] ORDER** |

Pursuant to Eastern District of California Local Rules 143 and 144 and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jennifer Meza ("Plaintiff") and Defendant Comfort Air, Inc. ("Defendant") (collectively referred to as the "Parties") jointly stipulate as follows:

WHEREAS, on March 24, 2022, Plaintiff filed her Complaint in the San Joaquin County Superior Court against Defendant;

WHEREAS, on May 13, 2022, Defendant removed the matter to this Federal District Court for the Eastern District of California on the grounds that there is original, federal question jurisdiction based on the third and fourth claims for relief, which Defendant claims arise under the Family and Medical Leave Act ("FMLA");

WHEREAS, on May 19, 2022, Defendant filed its answer to Plaintiff's Complaint in federal court;

1
JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff wishes to dismiss any and all FMLA claims in this action against Defendant, with prejudice, pursuant to *Romoland School Dist. v. Inland Empire Energy Center, LLC*, 548 F.3d 738, 748 (9th Cir. 2008) ("Federal Rule of Civil Procedure 41 allows plaintiffs voluntarily to dismiss some or all of their claims against some or all defendants.");

WHEREAS, Plaintiff reserves the right to pursue all state law claims, including those based on the California Family Rights Act ("CFRA") in state court;

WHEREAS, the Parties hereby agree that, contingent on Plaintiff's dismissal of any and all FMLA claims against Defendant in this action with prejudice, there will no longer be any causes of action arising under federal law in this matter;

WHEREAS, the Parties agree to a waiver of all costs and attorneys' fees associated with this dismissal with prejudice;

WHEREAS, the parties agree to remand this action to the San Joaquin County Superior Court to adjudicate Plaintiff's remaining state law claims;

WHEREFORE, IT IS HEREBY STIPULATED by Plaintiff and Defendant, through their respective attorneys of record, that:

1. Plaintiff's FMLA claims against Defendant are hereby dismissed with prejudice;

2. Plaintiff reserves the right to pursue all state law claims, including those based on the California Family Rights Act ("CFRA");

3. The Parties agree to a waiver of all costs and attorneys' fees associated with this dismissal with prejudice;

4. The Parties agree to remand this action to the San Joaquin County Superior Court.

IT IS SO STIPULATED.

DATED: June 10, 2022                    DOWNEY BRAND LLP

                                        By:     /s/ *Cameron P. Haynes*
                                        _____
                                            CASSANDRA M. FERRANNINI
                                            CAMERON P. HAYNES
                                            Attorneys for Defendant
                                            COMFORT AIR, INC.

Dated: June 10, 2022            FALAKASSA LAW, P.C.

By: */s/ Joshua S. Falakassa* [as authorized on 6/10/22]
       JOSHUA S. FALAKASSA

Attorneys for Plaintiff
Jennifer Meza

# ORDER

The Court, having reviewed the Parties' Stipulation above, and good cause therefore appearing, hereby orders:

1. Plaintiff's FMLA claims against Defendant are hereby dismissed with prejudice;
2. The Parties agree to a waiver of all costs and attorneys' fees associated with this dismissal with prejudice;
3. Plaintiff may pursue all state law claims, including those based on the California Family Rights Act ("CFRA") in state court;
4. This action is remanded to the San Joaquin County Superior Court.

**IT IS SO ORDERED.**

DATED:

KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE